## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **18 B 25001** |
| | ) | |
| **Latoya Woods,** | ) | **Chapter 13** |
| | ) | |
| | ) | **Judge Cassling** |
| **Debtor(s).** | ) | **Trustee Vaughn** |

### NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Ch. 13 Trustee: ecf@tvch13.net, ecfchi@gmail.com, courtmail@tvch13.net
**The following party(s) have been served via regular US mail:**
Latoya Woods, 15307 Woodlawn Ave., Dolton, IL 60419

Pursuant to 11 U.S.C. Section 1307(a), the above named Debtor(s) hereby files her Notice of voluntary conversion from Chapter 13 to Chapter 7 of the Bankruptcy Code on Wednesday, January 23, 2019. Any previously entered Income Deduction Request pursuant to Chapter 13 is hereby vacated.

/s/   David M. Siegel
David M. Siegel, A.R.D.C. #06207611
Attorney for the Debtor(s)

### CERTIFICATE OF MAILING

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on January 23, 2019 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/   David M. Siegel
David M. Siegel, A.R.D.C. #06207611
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
Attorney for the Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100